# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                        CASE NO.  3:14-cr-31-RV

REX E. ROBINSON, JR

**REFERRAL AND ORDER**

Referred to Judge Vinson on    11/3/2014
Type of Motion/Pleading MOTION TO CORRECT SENTENCE PURSUANT TO FED.R.CRIM.P.35(a)
Filed by: Government    on 10/29/2014    Doc. No. 43
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                            on _____ Doc. No. _____
                                            on _____ Doc. No. _____

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

                                            /s/   *Paula Cawby*
                                            Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 3rd day of November, 2014, that:

(a)   The requested relief is GRANTED, as the government is correct that "a defendant is not entitled to offset the amount of restitution owed to a victim by the value of property forfeited to the government, or vice versa, because restitution and forfeiture serve distinct purposes." *United States v. Joseph*, 743 F.3d 1350, 1354 (11th Cir. 2014); *see also id.* at 1354-55 ("we hold that a district court generally has no authority to offset a defendant's restitution obligation by the value of forfeited property held by the government, which is consistent with the approach taken by the Fourth, Seventh, Eighth, Ninth and Tenth Circuits") (citing cases).

(b)   A judgment consistent with the foregoing will be filed separately.

                                            /s/ *Roger Vinson*
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE